*# 11090466*
*$ 18.59*
*[initials]*
*8/25/10*

# THOMAS J. GAFFNEY
BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

August 25, 2010

CLERK, U.S. BANKRUPTCY COURT WDNY,
OLYMPIC TOWERS, 300 PEARL STREET SUITE 250
BUFFALO, NY 14202-2501

Re: In re FIEGEL, RENEE
Case No. 07-03676 MJK

Dear Claimant:

Enclosed herein please find Check No. 10116 in the amount of $18.59 in full and final payment of claim # 3 Creative Girls Club (un-cashed funds) in the above captioned bankruptcy proceeding.

Very truly yours,

THOMAS J. GAFFNEY
Bankruptcy Trustee

Enclosure


FILED
AUG 2 5 2010
BANKRUPTCY COURT
BUFFALO, NY